UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  BENNIE LEE MOCK                                      CASE NO. 20-10826
  605 FERNDALE BLVD APT 6                   JUDGE BENJAMIN A. KAHN
  HIGH POINT, NC 27262

      DEBTOR

SSN(1) XXX-XX-1468                                 DATE: 06/03/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AT&T CORP<br>% AT&T SERVICES INC<br>ONE AT&T WAY ROOM 3A104<br>BEDMINSTER, NJ 07921 | $1,565.19<br>INT: .00%<br>NAME ID: 169442<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 8168<br>COMMENT: |
| BMI NEPHROLOGY SYSTEMS INC<br>% CHAPTER HOLDINGS FBO<br>P O BOX 748<br>TULLAHOMA, TN 37388 | $406.43<br>INT: .00%<br>NAME ID: 184161<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT:<br>COMMENT: |
| BMI NEPHROLOGY SYSTEMS INC<br>% CHAPTER HOLDINGS FBO<br>P O BOX 748<br>TULLAHOMA, TN 37388 | $0.00<br>INT: .00%<br>NAME ID: 184161<br>CLAIM #: 0024 | (U) UNSECURED<br>AMENDED<br>ACCT:<br>COMMENT: DUPLICATE, 121C/WDRN |
| DURHAM COUNTY TAX<br>P O BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 37965<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| DURHAM COUNTY TAX<br>P O BOX 3397<br>DURHAM, NC 27702 | $18.70<br>INT: .00%<br>NAME ID: 37965<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 3853<br>COMMENT: 121A |
| E RECOVERY SOLUTIONS<br>1650 CAMBRIA ST NE<br>CHRISTIANSBURG, VA 24073 | $0.00<br>INT: .00%<br>NAME ID: 126939<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ECMC<br>LOCKBOX 8682<br>P O BOX 16478<br>SAINT PAUL, MN 55116-0478 | $5,837.28<br>INT: .00%<br>NAME ID: 141294<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 1468<br>COMMENT: |
| FIRST INVESTORS SERVICING CORP<br>ATTN BANKRUPTCY DEPT<br>380 INTERSTATE NORTH PKWY STE 300<br>ATLANTA, GA 30339 | $9,517.50<br>INT: 5.25%<br>NAME ID: 183672<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 1468<br>COMMENT: 15MITS |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| FIRST INVESTORS SERVICING CORP<br>ATTN BANKRUPTCY DEPT<br>380 INTERSTATE NORTH PKWY STE 300<br>ATLANTA, GA  30339 | $1,027.08<br>INT:  .00%<br>NAME ID: 183672<br>CLAIM #:  0009 | | (U) UNSECURED<br><br>ACCT:  1468<br>COMMENT:  SPLIT |
| FIRST PREMIER BANK<br>P O BOX 5524<br>SIOUX FALLS, SD  57117 | $0.00<br>INT:  .00%<br>NAME ID: 26117<br>CLAIM #:  0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,078.89<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0002 | | (P) PRIORITY<br><br>ACCT:  19TX<br>COMMENT:  OC,1220A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $29,705.19<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0019 | | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT:  1220A |
| KIMBRELLS FURNITURE<br>101 W CHAPEL HILL ST<br>DURHAM, NC  27701 | $0.00<br>INT:  .00%<br>NAME ID: 35095<br>CLAIM #:  0005 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LOCAL GOVERNMENT FEDERAL CU<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $0.00<br>INT:  .00%<br>NAME ID: 177235<br>CLAIM #:  0006 | | (S) SECURED<br>SURRENDERED<br>ACCT:  9980<br>COMMENT:  OC,SHARES,REL |
| LOCAL GOVERNMENT FEDERAL CU<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611-5279 | $274.52<br>INT:  .00%<br>NAME ID: 177235<br>CLAIM #:  0020 | | (U) UNSECURED<br><br>ACCT:  9980<br>COMMENT:  SPLIT |
| LTD ACQUISITIONS LLC<br>3200 WILCREST DR STE 600<br>HOUSTON, TX  77042 | $614.19<br>INT:  .00%<br>NAME ID: 182372<br>CLAIM #:  0021 | | (U) UNSECURED<br><br>ACCT:  4435<br>COMMENT:  THE BANK OF MISSOURI |
| MONTGOMERY WARD<br>3650 MILWAUKEE ST<br>MADISON, WI  53714-2399 | $0.00<br>INT:  .00%<br>NAME ID: 159262<br>CLAIM #:  0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $21,614.31<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (U) UNSECURED<br><br>ACCT:  PEN<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $0.00<br>INT:  .00%<br>NAME ID: 45464<br>CLAIM #:  0015 | | (S) SECURED<br>SURRENDERED<br>ACCT:  8377<br>COMMENT:  521OR,REL |
| PROGRESSIVE LEASING<br>10619 S JORDAN GATEWAY STE 100<br>SOUTH JORDAN, UT  84095 | $0.00<br>INT:  .00%<br>NAME ID: 155765<br>CLAIM #:  0007 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |

PAGE 3 - CHAPTER 13 CASE NO. 20-10826

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| SOUTHERN AUTO FINANCE CO LLC<br>% PERITUS PORTFOLIO SERVICES II LLC<br>P O BOX 141419<br>IRVING, TX  75014-1419 | $0.00<br>INT:  .00%<br>NAME ID: 173251<br>CLAIM #:  0008 | | (S) SECURED<br>SURRENDERED<br>ACCT:  3465<br>COMMENT:  17NISS,REL |
| SYLVIA AUSTIN BY GEICO SUBROGEE<br>% CHAPLIN & GONET<br>4808 RADFORD AVE #100<br>RICHMOND, VA  23230-2323 | $63,894.72<br>INT:  .00%<br>NAME ID: 183709<br>CLAIM #:  0013 | | (U) UNSECURED<br><br>ACCT:  1468<br>COMMENT: |
| UPLIFT<br>801 EL CAMINO REAL<br>MENLO PARK, CA  94025 | $0.00<br>INT:  .00%<br>NAME ID: 178218<br>CLAIM #:  0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,339.47<br>INT:  .00%<br>NAME ID: 176005<br>CLAIM #:  0017 | | (U) UNSECURED<br><br>ACCT:  0001<br>COMMENT: |
| **TOTAL:** | **$136,893.47** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/03/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice